1

2

3                      **UNITED STATES DISTRICT COURT**

4                    **NORTHERN DISTRICT OF CALIFORNIA**

5                           **SAN JOSE DIVISION**

6

7   JOHN RAYMOND CASTRO,                    Case No.  20-cv-01090-BLF

8                     Plaintiff,

9              v.                            **ORDER DISMISSING ACTION WITH**
                                            **PREJUDICE**
10  JOHN PASCUAL, et al.,

11                    Defendants.

12

13          Plaintiff John R. Castro ("Castro") filed this action on February 11, 2020, along with an

14  application for leave to proceed *in forma pauperis*.  Castro challenges the alleged "non-judicial

15  wrongful foreclosure" of property located at 630 E. Market Street, Salinas, California 93905 ("the

16  Property").  *See* Compl., ECF 1.  The Court issued an order ("Prior Dismissal Order") granting

17  Castro's application to proceed *in forma pauperis*, conducting the requisite initial screening of the

18  complaint, and dismissing the complaint with leave to amend.  *See* Prior Dismissal Order, ECF 7.

19  The Court concluded that "[e]ven measured by the liberal standards accorded *pro se* litigants,

20  Castro's complaint is incomprehensible and fails to state a claim upon which relief could be

21  granted."  *See id.* at 3.  The Court expressed "grave reservations" whether Castro would be able to

22  state a viable claim for relief, but concluded that it was appropriate to grant him an opportunity to

23  try.  *See id.* at 4.

24          The Court initially set a deadline of March 6, 2020 for amendment, but at Castro's request

25  the Court extended that deadline to March 27, 2020.  *See* Order Granting Plaintiff's

26  Administrative Motion, ECF 12.  Castro has not filed an amended pleading.  In light of Castro's

27  *pro se* status and the impact of the COVID-19 virus, the Court has waited two months after

28  expiration of the deadline for amendment before issuing this order.  The Court has confirmed with

United States District Court
Northern District of California

the Clerk's Office staff that mail is being received and opened, and that if Castro had submitted any documents they would have been docketed.

Based on the reasons discussed in the Prior Dismissal Order, and Castro's failure to amend his complaint, this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:  May 29, 2020

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2